IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD C. COMBS,<br><br>　　Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>　　Defendant. | Civil Action File<br>No.: 1:22-cv-04483-ELR |

**<u>DEFENDANT AUTO-OWNERS INSURANCE COMPANY'S
CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT</u>**

COMES NOW AUTO-OWNERS INSURANCE COMPANY, Defendant in the above-styled action, and hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement in accordance with Fed. R. Civ. P. 7.1 and N.D. Ga. R. 3.3, showing this Court as follows:

1.

The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party.

**RESPONSE:**

**Ronald C. Combs**

**Auto-Owners Insurance Company**

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

**RESPONSE:  None known.**

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding.

**RESPONSE:**

**Plaintiff:**     **Neal B. Graham, Esq.**
                   **GRAHAM LAW, LLC**
                   **3715 Vineville Avenue**
                   **Macon, Georgia 31204**
                   **Telephone:  (478) 284-0000**
                   **Nealgraham45@icloud.com**

**Defendant:**       Michael C. Kendall, Esq.
　　　　　　　　　　 KENDALL | MANDELL, LLC
　　　　　　　　　　 3152 Golf Ridge Blvd., Suite 201
　　　　　　　　　　 Douglasville, Georgia 30135
　　　　　　　　　　 Telephone:  (770) 577-3559
　　　　　　　　　　 Facsimile:   (770) 577-8113
　　　　　　　　　　 mckendall@kendallmandell.com

This 10th day of November, 2022.

　　　　　　　　　　 Respectfully submitted,

　　　　　　　　　　 KENDALL | MANDELL, LLC


　　　　　　　　　　 /s/ Michael C. Kendall
　　　　　　　　　　 Michael C. Kendall
　　　　　　　　　　 Georgia Bar No. 414030
　　　　　　　　　　 *Counsel for Defendant*

3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
Telephone:  (770) 577-3559
Facsimile:   (770) 577-8113
mckendall@kendallmandell.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD C. COMBS,<br><br>    Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>    Defendant. | Civil Action File<br>No.: 1:22-cv-04483-ELR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served or caused to be served a copy of the within and foregoing **DEFENDANT AUTO-OWNERS INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** in this matter by electronically filing the same with the Court via the CM/ECF system, and U.S. Mail, postage prepaid to the following counsel of record:

Neal B. Graham, Esq.
GRAHAM LAW, LLC
3715 Vineville Avenue
Macon, Georgia 31204

This 10th day of November, 2022.

/s/ Michael C. Kendall
Michael C. Kendall