IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD C. COMBS,<br><br>    Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>    Defendant. | Civil Action File<br>No. 1:22-CV-04483-ELR |

## AUTO-OWNERS INSURANCE COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW AUTO-OWNERS INSURANCE COMPANY ("Auto-Owners"), Defendant in the above-styled action, and pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, moves this Court for summary judgment in its favor or, in the alternative, for an order specifying the facts that appear without substantial controversy and directing such further proceedings in this case as are just and appropriate, showing this Court as follows:

1.

This Motion is based upon the pleadings of record, the affidavit of Sharon Grimsley, and the Policy issued to Ronald Combs, policy number 52-635-816-01 (the "Policy").

2.

No genuine issue exists concerning the material facts upon which this Motion is based. Those facts are set forth in Auto-Owners' Statement of Undisputed Material Facts, being filed concurrently herewith.

3.

Auto-Owners is entitled to summary judgment as to all claims set forth in Plaintiff's Complaint because Auto-Owners did not issue an insurance policy to Plaintiff Combs, because Plaintiff may not collect on a default judgment in this case, and because Plaintiff failed to comply with conditions imposed by Georgia law.

4.

A supporting brief that cites the facts and principles of law relevant to the disposition of this Motion is being filed concurrently herewith.

WHEREFORE, Auto-Owners respectfully requests that this Court grant its Motion for Summary Judgment as to all claims asserted against it in the Complaint. In the alternative, Auto-Owners respectfully prays that this Court enter an order specifying the facts as they appear without substantial controversy and directing such other proceedings in this action as it deems just and appropriate.

This 14th day of July, 2023.

                                            Respectfully submitted,

                                            KENDALL | MANDELL, LLC

                                            /s/ Michael C. Kendall
                                            Michael C. Kendall
                                            Georgia Bar No. 414030
                                            John C. Kendall
                                            Georgia Bar No. 156155
                                            *Attorneys for Defendant*

3152 Golf Ridge Blvd., Suite 201
Douglasville, Georgia 30135
Telephone:  (770) 577-3559
Facsimile:   (770) 577-8113
mckendall@kendallmandell.com
jckendall@kendallmandell.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RONALD C. COMBS,<br><br>      Plaintiff,<br><br>v.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>      Defendant. | Civil Action File<br>No. 1:22-CV-04483-ELR |

## **LOCAL RULE 7.1 D CERTIFICATION**

I hereby certify that the foregoing was prepared in Times New Roman, 14-point font, in accordance with LR 5.1 B, NDGa.

This 14th day of July, 2023.

/s/ Michael C. Kendall
Michael C. Kendall

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY,<br><br> Plaintiff,<br><br>v.<br><br>JUDY ROBERTSON, JOHN ROGERS RENOVATIONS, INC., and JOHN ROGERS,<br><br> Defendants. | Civil Action File<br>No.: 1:22-cv-00409-TWT |

## **CERTIFICATE OF SERVICE**

 I hereby certify that I have this day served or caused to be served a copy of the within and foregoing **Auto-Owners Insurance Company's Motion for Summary Judgment** in this matter by electronically filing the same with the Court via the CM/ECF system to the following counsel of record:

   Neal B. Graham, Esq.
   GRAHAM LAW, LLC
   3715 Vineville Avenue
   Macon, Georgia 31204

This 14th day of July, 2023.

        /s/ Michael C. Kendall
        Michael C. Kendall