# EXHIBIT A

| | |
|---|---|
| **From:** | ganddb_efile_notice@gand.uscourts.gov |
| **To:** | CourtMail@gand.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-04483-ELR Combs v. Auto-Owners Insurance Co. Motion for Summary Judgment |
| **Date:** | Friday, July 14, 2023 4:14:12 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered by Kendall, Michael on 7/14/2023 at 4:12 PM EDT and filed on 7/14/2023

**Case Name:**   Combs v. Auto-Owners Insurance Co.
**Case Number:**   1:22-cv-04483-ELR
**Filer:**   Auto-Owners Insurance Co.
**Document Number:** 28

**Docket Text:**
**MOTION for Summary Judgment with Brief In Support by Auto-Owners Insurance Co.. (Attachments: # (1) Brief in Support of Motion for Summary Judgment, # (2) Statement of Material Facts, # (3) Affidavit of Sharon Grimsley) (Kendall, Michael) --Please refer to http://www.gand.uscourts.gov to obtain the Notice to Respond to Summary Judgment Motion form contained on the Court's website.--**

**1:22-cv-04483-ELR Notice has been electronically mailed to:**

John Christian Kendall     jckendall@kendallmandell.com, cacheek@kendallmandell.com, salewis@kendallmandell.com

Michael C. Kendall     mckendall@kendallmandell.com, salewis@kendallmandell.com

Neal B. Graham     nealgraham45@icloud.com

**1:22-cv-04483-ELR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/14/2023] [FileNumber=13384373-0] [487a8586f590b0a23bd4909dd3a878e0d5a7bc6cac6aefa755bad7e7ddfca66f578d778c9ae87ee46fd69c279e634b19ff8f31504ab51f8e544232774ee7d8a1]]
**Document description:** Brief in Support of Motion for Summary Judgment
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/14/2023] [FileNumber=13384373-1] [7815ba81df605958dc3e0b26dcae3bf1526651091ebefba9f4f92a1f31ec52cf3780d79966a782c70f9a24185752114085d9d269bbc5ea6d37e93e6bb8ae10fc]]
**Document description:** Statement of Material Facts
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/14/2023] [FileNumber=13384373-2] [aba8d7b3f7f391f72f6f16f614c825197a828491c03a62fe3352dbba4848e8064f5846eb9d28e93f963d5ea796e7c8da79bdff14ffc2efa4076f26e4615b69f6]]
**Document description:** Affidavit of Sharon Grimsley
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/14/2023] [FileNumber=13384373-3] [551f6ae9af0a4a1b4d2f129f66ad171805a3b80fb23da4ffe30e8af6a0b0c976655a72f8966c0b8fd51d71c2ccf7e32a0c3fba3910d19d3150db70b7fc257641]]