# EXHIBIT B

| | |
|---|---|
| **From:** | ganddb_efile_notice@gand.uscourts.gov |
| **To:** | CourtMail@gand.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-04483-ELR Combs v. Auto-Owners Insurance Co. Submission to District Judge |
| **Date:** | Thursday, August 10, 2023 2:42:28 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**Northern District of Georgia**

## Notice of Electronic Filing

The following transaction was entered on 8/10/2023 at 2:42 PM EDT and filed on 8/10/2023
**Case Name:**          Combs v. Auto-Owners Insurance Co.
**Case Number:**        1:22-cv-04483-ELR
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Submission of [28] MOTION for Summary Judgment to District Judge Eleanor L. Ross. (mlb)**


**1:22-cv-04483-ELR Notice has been electronically mailed to:**

John Christian Kendall     jckendall@kendallmandell.com, cacheek@kendallmandell.com, salewis@kendallmandell.com

Michael C. Kendall     mckendall@kendallmandell.com, salewis@kendallmandell.com

Neal B. Graham     nealgraham45@icloud.com

**1:22-cv-04483-ELR Notice has been delivered by other means to:**