# EXHIBIT C

| | |
|---|---|
| **From:** | ganddb_efile_notice@gand.uscourts.gov |
| **To:** | CourtMail@gand.uscourts.gov |
| **Subject:** | Activity in Case 1:22-cv-04483-ELR Combs v. Auto-Owners Insurance Co. Motion for Extension of Time |
| **Date:** | Thursday, August 10, 2023 4:05:34 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered by Graham, Neal on 8/10/2023 at 4:05 PM EDT and filed on 8/10/2023

**Case Name:** Combs v. Auto-Owners Insurance Co.
**Case Number:** 1:22-cv-04483-ELR
**Filer:** Ronald C. Combs
**Document Number:** 29

**Docket Text:**
**First MOTION for Extension of Time File Responsive Brief re: [28] MOTION for Summary Judgment by Ronald C. Combs. (Graham, Neal)**

**1:22-cv-04483-ELR Notice has been electronically mailed to:**

John Christian Kendall     jckendall@kendallmandell.com, cacheek@kendallmandell.com, salewis@kendallmandell.com

Michael C. Kendall     mckendall@kendallmandell.com, salewis@kendallmandell.com

Neal B. Graham     nealgraham45@icloud.com

**1:22-cv-04483-ELR Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=8/10/2023] [FileNumber=13439879-0] [07e1900a818a41898b49d8d2821c0dc01806d09ba1c7d50f3e6fe8edd975ba9f25

707cf4d71650463b99039f49262480599f471af37d8f37c75d95cd3b35c9e7]]